```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    **UNSEALING ORDER**
                                 :
HUMBERTO RODRIGUEZ, *et al.*,    :    S2 20 Cr. 301 (PKC)
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Superseding Indictment S2 20 Cr. 301 (PKC), which was filed under seal on January 5, 2021, is unsealed.

SO ORDERED.

Dated: New York, New York
       January 7, 2021

*/s/ Kevin Nathaniel Fox*
_____
HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE