UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                         20 CR301 (PKC)

          -against-                                                ORDER

JASON TAVAREZ,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       A Curcio Hearing for defendant, Jason Tavarez, is scheduled by videoconference on February 1, 2021 at 11:00 a.m..

       SO ORDERED.

                                                        P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
        January 20, 2021