UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

           -against-                                20-cr-301 (PKC)

                                                      ORDER

JASON TAVAREZ

                         Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The bail hearing in this matter is scheduled for Friday, February 12, 2021 at 10:30 A.M.  It will be held telephonically.  The call-in information is below:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
        February 4, 2021