UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                              20-cr-301 (PKC)

-against-

                              ORDER

HUMBERTO RODRIGUEZ, et al.,

              Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Each defense counsel in this action should confer in the next 14 days with Mr. Alan Nelson, Case Budget Attorney for the Second Circuit (Alan_Nelson@ca2.uscourts.gov), on the submission of a case budget for their client.

        SO ORDERED.

                                                  P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          October 6, 2021