UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    20-cr-301 (PKC)

      -against-

                                                  <u>ORDER</u>

ANDRES GABRIEL BELLO, JR. and
JASON TAVAREZ,

                         Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Counsel for the government and Mr. Roth, who is CJA counsel for defendant Bello, affirmatively advise that they are available for trial on February 2, 2022. CJA counsel for defendant Taverez, Mr. McGorty, has voiced no objection by today's deadline to the February 2 trial date. Mr. McGorty's associate counsel and law firm partner, Mr. Currie, has indicated that his presence is needed at a bankruptcy proceeding in Delaware. Mr. Currie appears to be one of ten lawyers from his firm who have filed notices of appearance in the proceeding, in addition to Wilmington counsel.

        Under pandemic conditions, there is very limited flexibility in setting trial dates. The Court has recently learned of the possibility of moving the trial date from February 2, 2022 to February 14, 2022. Counsel should advise in writing by December 14 if this date is available to them. If February 14, 2022 is not available, the Court will proceed on February 2, 2022 at 10 AM. In any event, the revised schedule on final pretrial submissions proposed in the government's letter of December 8, 2021 is adopted. Letter motion (Doc 176) should be terminated.

        SO ORDERED.

Dated: New York, New York
       December 10, 2021

                                                P. Kevin Castel, U.S.D.J.