UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                              20-cr-301 (PKC)

       -against-                           ORDER

ANDRES BELLO, JASON TAVAREZ

              Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      This case is set for trial on February 14, 2022 at 9:30 a.m.


      SO ORDERED.

                                          P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       December 15, 2021