UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     20-cr-301 (PKC)

       -against-

                                                                                   <u>ORDER</u>

ANDRES BELLO and JASON TAVAREZ

                               Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The parties' applications to file redacted versions of their submissions relating to the defendants' application to adjourn the February 14, 2022 trial is GRANTED. The Court has reviewed the parties' unredacted submissions sent directly to chambers on January 24, 2022. As noted in the Court's January 24, 2022 order sent directly to the parties, the application to adjourn the trial is DENIED for reasons to be explained at the Final Pretrial Conference.

       The government's request to temporarily seal its motions in limine is GRANTED.

SO ORDERED.

                                                                         P. Kevin Castel
                                                                        United States District Judge

Dated: New York, New York
            January 25, 2022