UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                 20-cr-301 (PKC)

        -against-

                                                                               ORDER

HUMBERTO RODRIGUEZ, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The defendants may file the redacted version of their motions in limine on ECF. They may provide the motions in unredacted form directly to chambers. The defendants' application to file the motions in unredacted form under temporary seal is GRANTED.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           January 26, 2022