UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20-cr-301 (PKC)

        -against-

                                                      ORDER

ANDRES BELLO and JASON TAVAREZ,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

The Court has arranged for the possibility of two lawyer visits per defendant during the week of January 31, 2022 and two lawyer visits per defendant during the week of February 7, 2022. Each visit is for defense counsel with counsel's client only, will be held at a location designated by the U.S. Marshal Service at the 500 Pearl Courthouse and may be up to two hours in length. To arrange for this possibility, defense counsel should contact Joseph Pecorino in the District Executive's Office at 212 805-0504 no later than 3pm on January 28, 2022.

SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          January 28, 2022