UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                         20-cr-301 (PKC)

        -against-

                                                                                                                    ORDER

ANDRES BELLO and JASON TAVAREZ,

              Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Warden of the Metropolitan Detention Center (the "Warden") is respectfully ordered to release defendant Andres Bello and/or defendant Jason Tavarez into the custody of the U.S. Marshal Service ("USMS") as requested by the USMS for the purpose of lawyer visits to be conducted at the 500 Pearl St. Courthouse.  The defendant or defendants shall be returned to the custody of the Warden upon completion of each lawyer visit at the Courthouse.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
       January 31, 2022