UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          20-cr-301 (PKC)

      -against-

                                                          ORDER

ANDRES BELLO and JASON TAVAREZ,

               Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court was advised at approximately 8 a.m. today that each defendant refused to come to Court today for scheduled lawyer visits.

        SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated:  New York, New York
           February 2, 2022