UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                      20-cr-301 (PKC)

        -against-

                                                                       ORDER

ANDRES BELLO and JASON TAVAREZ,

                       Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Yesterday, on February 2, 2022, the Court issued an order reporting that each defendant refused to come to Court for their scheduled lawyer visits. The Court has since been informed that Mr. Tavarez actually did come to Court on February 2, 2022 and met with his counsel, while Mr. Bello did not.

        Furthermore, the Court was also advised at approximately 10:15 a.m. today that each defendant refused to come to Court today for their scheduled lawyer visits. As of approximately 12:30 p.m. today, the Court received further confirmation that neither defendant is en route to the Court for their scheduled lawyer visits.

        SO ORDERED.

                                                             P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
          February 3, 2022