UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                        20-cr-301 (PKC)

        -against-

                                                       ORDER

ANDRES BELLO and JASON TAVAREZ,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has been advised that legal visits at MDC Brooklyn have resumed as of Monday, February 7, 2022.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
            February 8, 2022