UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                20-cr-301 (PKC)

-against-

                ORDER

ANDRES BELLO and JASON TAVAREZ,

            Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government's application to file its replies in further support of its motions in limine, opposition to defendants' motions in limine, and further motions in limine in unredacted form under temporary seal is GRANTED.

        SO ORDERED.

                                          P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
        February 8, 2022