UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

20-cr-301 (PKC)

-against-

ORDER

ANDRES BELLO and JASON TAVAREZ,

Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

Having reviewed the government's letter dated February 7, 2022, compliance with the Rule 17(c) subpoenas by the recipients—Essex County Correctional Facility, Legal Department; MCC New York, Legal Department; MDC Brooklyn, Legal Department; and Custodian of Records, The GEO Group—is stayed pending further order by the Court.

Defendants are invited to respond to the government's letter.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 8, 2022