UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-                                            S2 20 Cr. 301 (PKC)
                                                                   Order

JASON TAVAREZ,

                 Defendant.
-----------------------------------------------------------X

It is HEREBY ORDERED that the Bureau of Prisons, or the Warden of Brooklyn MDC, or the United States Marshalls allow the delivery of certain clothes items listed below to Jason Tavarez, United States Marshal number 24658-509, who is presently incarcerated at the Brooklyn MDC and is scheduled for trial before the Honorable P. Kevin Castel on February 14, 2022.
In addition, Mr. Tavarez should be allowed to receive the clothing every morning at the S.D.N.Y. Courthouse, and to dress for the days preceding if necessary.

Items of Clothing:
- Two pairs of dress pants
- Two dress shirts
- Four white under shirts
- One pair of shoes
- One belt
- Four pairs of socks
- Two ties
- Four pairs of boxers

So Ordered:    Honorable P. Kevin Castel
                      United States District Court
                      Southern District of New York

Dated: 2-9-22