

**Kelly T. Currie**
KCurrie@crowell.com
(212) 895-4257  direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

June 8, 2022

> Sentencing is adjourned from June 28, 2022 to October 11, 2022 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  6/9/2022
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Jason Tavarez, et al.*, 20 Cr. 301 (PKC)

Dear Judge Castel,

We represent Jason Tavarez in the above-captioned case.  We write to respectfully request a 90-day adjournment of Mr. Tavarez's sentencing, currently scheduled for June 28, 2022.  This is our second request for an adjournment.

Since our last communication with the Court seeking a 30-day adjournment of sentencing, our ability to meet in person with our client in recent weeks has been impaired.  The undersigned lead counsel for Mr. Tavarez contracted COVID-19 in late May and consequently was not able to visit Mr. Tavarez at the MDC for 14 days. This week, the MDC was closed to visitors starting June 7 because of an unspecified incident.

In addition, an issue regarding Mr. Tavarez's plea and potential Sentencing Guidelines calculation has arisen that may require us to seek appointment of shadow counsel to properly advise Mr. Tavarez.  We have advised the Government of the nature of the issue.  The requested adjournment will provide us time to fully discuss the issue in person with Mr. Tavarez to determine whether it is necessary to ask the Court to appoint other counsel.  If we determine such a request is necessary, we will promptly communicate that to the Court and the Government.  If it is not necessary, we would then have sufficient time to prepare a sentencing submission on our client's behalf.



       We have conferred with counsel for the Government, and they have no objection to this request.

Respectfully submitted,

  /s/ *Kelly T. Currie*       
Kelly T. Currie
Andrea Charles
Rebecca Lennon Baskin

cc:    All counsel of record (By ECF)