

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

**BY EMAIL**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing for Andres Bello is adjourned to November 16, 2022 at 12:00 p.m.
> Sentencing for Jason Tavarez is adjourned to November 16, 2022 at 2:00 p.m.
> SO ORDERED
> Dated: 9/14/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: *United States v. Andres Bello et al.*, S2 20 Cr. 301 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter to request short adjournments of the Jason Tavarez and Andres Bello sentencings currently scheduled for October 11 and 12, 2022, respectively. The undersigned Assistant United States Attorneys are unavailable on those dates. One of the AUSAs will be on trial in *United States v. Howard Adelglass et al.*, 20 Cr. 605 (KMW), and the other AUSA will be on family leave.

The Government has conferred with counsel who have advised that they have no objection to an adjournment of the sentencings until early November. However, counsel for defendant Tavarez is unavailable on November 15.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _/s_____
Nicholas W. Chiuchiolo
Peter J. Davis
Assistant United States Attorneys
(212) 637-1247 / 2468

cc (by email): all counsel