# ALLEN & OVERY

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 610 6369 |
| Mobile | +1 347 598 2690 |

Eugene.Ingoglia@AllenOvery.com

June 2, 2023

*United States v. Mario Rodriguez*, No. 20 Cr. 301 (PKC)

Dear Judge Castel:

We represent the defendant, Mario Rodriguez, in the above-captioned matter, and write to respectfully request an adjournment of the conference that is currently scheduled for June 7, 2023 at 3:00 p.m.

We request an adjournment of 30 days to July 7, 2023 at 3:00 p.m., or at such date and time as Your Honor prefers, in order to continue to assess the voluminous discovery in this matter, to evaluate potential motions, to continue discussions with the government regarding a potential disposition of this matter. We consent to the exclusion of the time between June 7, 2023 and the date of the next conference in computing time under the Speedy Trial Act.

This is the sixth request for adjournment or extension of time in this matter, and Your Honor granted each of the prior requests, with the first being on June 9, 2022. The government consents to this request. We are available to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ Eugene Ingoglia*

**Eugene Ingoglia**
Partner

CC:   AUSA Nicholas Chiuchiolo, AUSA Peter Davis

Request for adjournment denied.
SO ORDERED.
Dated: 6/2/2023

_____
P. Kevin Castel
United States District Judge

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.